IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR59 |
| vs. | ORDER |
| HEATHER FRANK, | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Disposition Hearing (filing 121) is granted.

2. Defendant Heather Frank's violation of supervised release hearing is continued to March 14, 2019, at 10:30 a.m., before the undersigned Chief United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of November, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge