IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:17CR59** |
| vs. | |
| HEATHER FRANK, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Disposition Hearing (filing 150) is granted.

2. Defendant Heather Frank's violation of supervised release hearing is continued to June 20, 2019, at 12:00 p.m., before the undersigned Chief United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of April, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge