IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17-CR-59 |
| vs. | ORDER |
| HEATHER FRANK, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 178) is granted.

2. The operative petition for offender under supervision (filing 138) is dismissed.

3. The October 15, 2020 hearing is cancelled.

Dated this 13th day of October, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge